**Attachment B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **KESHEA TYRELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  Civil Action No.  ELH-18-643 |
| | ) |
| **THE BOARD OF TRUSTEES OF ANNE ARUNDEL COMMUNITY COLLEGE,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Keshea Tyrell, and Defendant, The Board of Trustees of Anne Arundel Community College, by and through their respective undersigned counsel, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice, with each party to pay its own costs, expenses and attorneys' fees.

Respectfully submitted,

/s/
Steven D. Frenkil (Fed. Bar No. 00087)
Lindsay Sfekas (Fed Bar. No. 19893)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464

sfrenkil@milesstockbridge.com
lsfekas@milesstockbridge.com

*Attorneys for Defendant*

                        /s/
_____
Robin R. Cockey (Fed. Bar No. 02657)
Ashley A. Bosche (Fed. Bar No. 28800)
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1811

rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com

*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2019.

_____
Ellen L. Hollander
United States District Judge

## **CERTIFICATE OF SERVICE**

I HERBY CERTITY that on this <u>21st</u> day ofJoint <u>March</u> 2019, the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically and served via this Court's CM/ECF system to counsel of record.

                                                      /s/   Steven D. Frenkil
                                                      Steven D. Frenkil