Attachment B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Northern Division)

| | |
|---|---|
| KESHEA TYRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. ELH-18-643 |
| | ) |
| THE BOARD OF TRUSTEES OF ANNE | ) |
| ARUNDEL COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Keshea Tyrell, and Defendant, The Board of Trustees of Anne Arundel Community College, by and through their respective undersigned counsel, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice, with each party to pay its own costs, expenses and attorneys' fees.

Respectfully submitted,

/s/
Steven D. Frenkil (Fed. Bar No. 00087)
Lindsay Sfekas (Fed Bar. No. 19893)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464

sfrenkil@milesstockbridge.com
lsfekas@milesstockbridge.com

*Attorneys for Defendant*

/s/
Robin R. Cockey (Fed. Bar No. 02657)
Ashley A. Bosche (Fed. Bar No. 28800)
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1811

rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com

*Attorneys for Plaintiff*

SO ORDERED this 21st day of March, 2019.

Ellen L. Hollander
United States District Judge